UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61006-CIV-COHN/WHITE



CHARLES PAUL,

       Petitioner,

v.

JAMES McDONOUGH,

       Respondent.
_____/

## ORDER DENYING MOTION TO VACATE COURT'S ORDER AND FOR REHEARING

**THIS CAUSE** is before the Court upon Petitioner Charles Paul's Objection/ Motion to Vacate Court's Order and for Rehearing [DE 11]. The Court has considered the Motion and the record, and is otherwise fully advised in the premises.

In this Motion, Mr. Paul requests that the Court vacate its previous Order Adopting the Report and Recommendation of Magistrate Judge White and dismissing his Petition for writ of habeas corpus, entered on October 26, 2007. Mr. Paul argues that he had no access to a law library while incarcerated in county jail, and was thus unable to file a timely objection to the Report and Recommendation, which was issued on July 23, 2007. Mr. Paul also asserts that the Court was aware of the problem at the time, as evidenced by the Court granting him an extension of time in "docket number 18." It appears, from a review of the docket, that Mr. Paul has confused this case with another one, most likely with the duplicative action before Judge Cooke that resulted in this Court's dismissal of the instant case. There is no docket entry 18 under this case number, and this Court neither received nor granted any extensions of time to Mr. Paul to file his Objections to the Report and Recommendation. It appears, from the record, that Mr. Paul may have intended that

this Motion be filed in the case before Judge Cooke (Case No. 07-60878). However, if this be the case, Mr. Paul must re-file his Motion with the correct case number and case caption.

Regardless of the possible confusion, the Court will consider Mr. Paul's Motion on the merits, and assume that it pertains to the instant case. A review of the docket reveals that Mr. Paul had approximately three months from the date on which the Report and Recommendation was entered and the date on which this Court adopted the Report and Recommendation and dismissed his case. This three month period should have been more than adequate for Mr. Paul to file his Objections. Mr. Paul has also allowed almost seven months to lapse since the entry of this Court's Order dismissing his case before he filed the instant Motion to Vacate, indicating that he has not diligently pursued litigation of his case. Furthermore, the basis on which the instant case was dismissed was the existence of an identical, duplicative action that had previously been filed and was pending before Judge Cooke. Thus, no Objections that Mr. Paul could have filed would have resulted in a different outcome, because the necessity of the dismissal was plain on the record. For the foregoing reasons, it is hereby

**ORDERED AND ADJUDGED** that Petitioner's Motion to Vacate Court's Order and for Rehearing [DE 11] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 13TH day of May, 2008.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Charles Paul, *pro se*
DC # L30122
7819 N.W. 228th Street
Raiford, FL 32026